ACCEPTED
03-14-00522-CV
3676429
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 10:17:28 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00522-CV

_____

IN THE COURT OF APPEALS FOR THE THIRD DISTRICT
OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 10:17:28 AM
JEFFREY D. KYLE
Clerk

_____

WARREN KOPECKY,
Appellant

vs.

JP MORTGAGE SERVICES, INC., JP MORGAN CHASE BANK, N.A.,
MERSCORP HOLDINGS, INC., BARRETT DAFFIN FRAPPIER TURNER
& ENGLE, LLP AND JUANITA STRICKLAND,
Appellees

_____

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Warren Kopecky, Appellant, and files this Second
Unopposed Motion for Extension of Time to File Appellant's Brief and in support
thereof would respectfully show the Court the following:

I.

Currently Appellant's brief is due on January 16, 2015. Appellant's counsel
has been in continued settlement discussions and requests additional time to
determine whether this dispute can be resolved and settled without intervention
from this Court. Appellant has discussed this motion for extension of time with all

of Appellees' counsel and they have consented to a second extension of time to file Appellant's brief.  Appellant therefore requests an extension of time until Friday, May 1, 2015 for the filing Appellant's brief.

II.

This is Appellant's second request for an extension of time to file his brief and the extension is not sought solely for delay, but that justice may be done.

WHEREFORE, Appellant requests that the Court grant this Motion and designate Friday, May 1, 2015 as the due date for filing Appellant's Brief.

Respectfully submitted,

ALMANZA, BLACKBURN & DICKIE, LLP

By:    /s/Julie K. Lane
   Julie K. Lane
   Texas Bar No. 00791070
   Almanza, Blackburn & Dickie, LLP
   2301 S. Capital of Texas Hwy, Building H
   Austin, Texas 78746
   Tel. (512) 474-9486
   Fax (512) 478-7151
   Email jlane@abdlawfirm.com

   ATTORNEY FOR APPELLEE,
   WARREN KOPECKY

## CERTIFICATE OF CONFERENCE

This is to certify that I contacted Mark Aschermann, counsel for Appellees JP Mortgage Services, Inc., Marcie Schout, counsel for JP Morgan Chase Bank N.A. and MERSCORP Holdings, Inc., Mark Hopkins, counsel for Barrett Daffin Frappier Turner & Engle, LLP, and Andrew Oliver, counsel for Juanita Strickland regarding this Second Unopposed Motion for Extension and they have no objection to a second extension of time to file Appellant's brief.

/s/Julie K. Lane
Julie K. Lane

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been sent to the parties in this action via the delivery method(s) listed below on this, the 7th day of January, 2015.

Via Email maschermann@bn-lawyers.com
Mark L. Aschermann
Brannon & Newburger, PC
6300 West Loop S., Suite 341
Bellaire, Texas 77401
Tel. (713) 942-0808
Fax (713) 942-0449
ATTORNEY FOR JP MORTGAGE
SERVICES, INC.

Via Email
mnewburger@bn-lawyers.com
Manuel H. Newburger
Brannon & Newburger, PC
1212 Guadalupe, Suite 104
Austin, Texas 78701
Tel. (512) 476-9103
Fax (512) 279-0310
ATTORNEY FOR JP MORTGAGE
SERVICES, INC.

Via Email
mark@hopkinswilliams.com
Mark D. Hopkins
Hopkins & Williams, PC
12117 Bee Caves Road, Suite 260
Austin, Texas 78738
Tel. 512-600-4320
ATTORNEY FOR BARRETT, DAFFIN,
FRAPPIER, TURNER & ENGLE, LLP

Via Email mschout@qslwm.com
Fax (512) 600-4326
Marcie L. Schout
William Lance Lewis
Treyson J. Brooks
Quilling, Selander, Lownds, Winslett
& Moser, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Tel. (214) 871-2100
Fax (214) 871-2111
ATTORNEY FOR JP MORGAN
CHASE BANK, N.A. AND
MERSCORP HOLDINGS, INC.

Via Email
aoliver@oliverlawoffice.com
Andrew Oliver
Oliver Law Office
9951 Anderson Mill Road, Suite 201
Austin, Texas 78750
Tel. (512) 233-1103
Fax (512) 551-0330
ATTORNEY FOR JUANITA
STRICKLAND

/s/Julie K. Lane
Julie K. Lane

No. 03-14-00522-CV

_____

IN THE COURT OF APPEALS FOR THE THIRD DISTRICT
OF TEXAS AT AUSTIN

_____

WARREN KOPECKY,
Appellant

vs.

JP MORTGAGE SERVICES, INC., JP MORGAN CHASE BANK, N.A.,
MERSCORP HOLDINGS, INC., BARRETT DAFFIN FRAPPIER TURNER
& ENGLE, LLP AND JUANITA STRICKLAND,
Appellees

_____

**ORDER ON APPELLANT'S SECOND UNOPPOSED
MOTION FOR EXTENSION
OF TIME TO FILE APPELLANT'S BRIEF**

On this day the Court heard Appellant's Second Unopposed Motion for Extension of Time to File Appellant's Brief. The Court finds that the Motion has merit and has been agreed to by counsel for Appellees and is therefore of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Appellant's Second Unopposed Motion for Extension of Time to File Brief is GRANTED and the due date for filing Appellant's Brief shall be May 1, 2015.

SIGNED this ___ day of _____, 2015.


_____
JUSTICE PRESIDING